AUSA:    David Cowen          Telephone: (313) 226-9575
AO 91 (Rev. 11/11)  Criminal Complaint     Special Agent:      Miguel Colon (DOL-OIG)    Telephone:  (313) 737-7447

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
   v.

## Nasir LEWIS

Case No.

Case: 2:22−mj−30473
Assigned To : Unassigned
Filed: 10/28/2022
SEALED MATTER (LH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 8, 2020 and July 13, 2020 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1028(a) | Aggravated Identity Theft |
| 18 U.S.C. §1341 | Mail Fraud |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Miguel Colon, Department of Labor-OIG
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  ___ October 28, 2022 ___

_____
*Judge's signature*

City and state:  ___ Detroit, Michigan ___

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Miguel A. Colon, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent of the U.S. Department of Labor, Office of Inspector General, Office of Investigations - Labor Racketeering and Fraud ("DOL-OIG/OI-LRF") and have been since December 2017. I am currently assigned to the Federal Bureau of Investigation ("FBI") Violent Gang Task Force ("VGTF"), where I participate in investigations of street gangs committing various violations of federal law, including weapons and narcotics trafficking, violent crimes, and fraud. Prior to my current assignment, I was assigned to the Homeland Security Investigations' Document and Benefit Fraud Task Force, where I investigated criminal activity including, but not limited to, identity theft, money laundering, visa fraud and other financial fraud. I have conducted numerous investigations involving identity theft, labor, financial and unemployment insurance fraud schemes. In addition to my experience, I have also received significant law enforcement training, including graduating from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center.

2.      As a Special Agent, I have conducted numerous investigations into criminal violations of both Title 29 and Title 18 of the United States Code. During

this time, I have been either the lead agent or supporting agent on several investigations involving criminal schemes targeting the unemployment insurance ("UI") program through the filing of false or fictitious UI claims. Based on my direct personal experience with these cases, I have become familiar with the methods that criminals use to attack and exploit the UI systems as well as the criminals' reliance on the use of email and other internet or online tools and systems to facilitate that fraud.

3.    Probable cause exists that **Nasir LEWIS** (DOB: XX-XX-2000) has engaged in an unemployment insurance fraud scheme and has committed mail fraud (18 U.S.C. § 1341), wire fraud (18 U.S.C. § 1343), and aggravated identity theft (18 U.S.C. § 1028A). His scheme involved the filing of fraudulent UI claims through the internet, with some of those claims using misappropriated personal identifying information ("PII") of real persons, and the withdrawal of fraudulently obtained UI funds at ATMs in the Eastern District of Michigan, often using UI debit cards that were sent through the mail.

4.    I make this affidavit based upon personal involvement in the subject criminal investigation, including review of: financial, employment, internet service provider, utility and property records; records from relevant state agencies regarding UI claims; law enforcement surveillances; and information and evidence from search warrants in this investigation. I have also been provided with

information from other law enforcement agents and officials, including agents and

officials from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

and various State Workforce Agencies. This affidavit does not contain all the facts

developed to date in the underlying investigation and is being submitted for the

limited purpose of establishing probable cause to secure a criminal complaint and

arrest warrant.

## UNEMPLOYMENT INSURANCE BACKGROUND

5.      The Social Security Act of 1935 initiated the federal and state

Unemployment Insurance system. The system provides benefits to individuals who

are unemployed for reasons beyond their control. The purpose of the

Unemployment Insurance system is twofold: first, to lessen the effects of

unemployment through cash payments made directly to laid-off workers, and

second, to ensure that life necessities are met on a weekly basis while the worker

seeks employment. In the State of Michigan, the Unemployment Insurance system

is administered by the Unemployment Insurance Agency ("MUIA"), which is part

of the State of Michigan's Department of Labor and Economic Opportunity. In the

State of Arizona, the UI system is administered by the Department of Economic

Security ("DES"). In the state of California, the UI system is administered by the

Employment Development Department ("EDD"). The U.S. Department of Labor

funds many Unemployment Insurance Agency administrative costs, including salaries, office expenses, and computer equipment.

6.     State unemployment systems and benefits are joint state and federal enterprises largely financed by taxes on private employers located in that state. In 2020 and 2021, the federal government provided significant supplemental benefits to the states as a result of the COVID-19 pandemic. Beginning in or about March 2020 and continuing through September 4, 2021, the Families First Coronavirus Response Act; Coronavirus Aid, Relief, and Economic Security Act; and the American Rescue Plan Act of 2021 created federal programs that allowed for the significant outlay of federal funds flowing to and through the states to offset the historic need for unemployment benefits by the American workforce, including in the states of Arizona, California and Michigan (and in the Eastern District of Michigan). Collectively, these benefits are often referred to as Pandemic Unemployment Assistance ("PUA").

7.     Normally (in the absence of fraud), an unemployed worker initiates an Unemployment Insurance claim. This can be accomplished by submitting a claim in person, over the telephone, or via the Internet. Currently, most Unemployment Insurance claims in Michigan, California and Arizona are filed online via the Internet through the MUIA, EDD and DES websites. When a claimant using an internet protocol ("IP") address registered in Michigan files a claim with an out-of-

state UI agency, the servers used to process those claims are located outside the state of Michigan. For example, an Arizona or California UI claim filed from an IP address registered to a Michigan residence will be processed through a server located outside of the state of Michigan.

8.      To be eligible for Unemployment Insurance benefits, the worker must demonstrate a certain level of earnings in several quarters immediately preceding the application. The amount of benefits that an Unemployment Insurance claimant might be eligible for depends on a variety of factors, including but not limited to the length of his or her previous employment and the amount of wages he or she earned.

9.      The MUIA, EDD or DES will either approve or reject an Unemployment Insurance claim based on the application made by the unemployed worker. If the MUIA, EDD or DES approves an Unemployment Insurance claim, the claimant is required to re-certify the claim via telephone or Internet at various times during the life of the claim. The worker must also certify that he or she is still unemployed and actively seeking work. One way in which unemployment benefits are provided to a claimant is with a debit card, issued by Bank of America ("BOA"), which is mailed to the claimant through the U.S. Postal Service.

10.     Alternatively, a claimant can provide the state Unemployment Insurance Agency with a bank routing number and bank account number so his or

her Unemployment Insurance benefits can be transferred via electronic funds transfers ("EFTs") into his or her bank account. These EFTs originate from one or more accounts maintained by the state Unemployment Insurance Agency at Bank of America, N.A., which is a subsidiary of Bank of America Corporation, a bank holding and financial holding company headquartered in Charlotte, North Carolina. All EFTs of Unemployment Insurance benefits to Michigan, California or Arizona Unemployment Insurance claimants, whether via a BOA-provided debit card or via a claimant-provided bank account, involve the transmission of electronic signals through one of BOA's two data centers, which are located in Virginia and Colorado, and from those data centers to banks and/or ATMs located, for example, in Michigan. In addition, any other state that disperses Unemployment Insurance benefits using BOA prepaid debit cards, including Arizona and California, also involve the transmission of electronic signals through the aforementioned BOA data centers. These are interstate wire communications.

**PROBABLE CAUSE**

11.     The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and Department of Labor – Office of Inspector General have been investigating criminal activity conducted by members and associates of the Detroit street gang, "1125 Gang." As part of that investigation, I identified 1125 Gang members, associates, and others who appeared to be engaged in unemployment insurance

6

fraud schemes. Through this investigation, I have probable cause to believe that

Nasir **LEWIS** engaged in an unemployment insurance fraud scheme that has

defrauded multiple states of hundreds of thousands of federal dollars earmarked for

Pandemic Unemployment Assistance.

12.     I identified an IP address, 68.95.161.177 ("IP 177"), responsible for

submitting approximately 43 UI claims in 42 unique individuals' names and Social

Security Numbers ("SSNs") in 7 different states. I know from my training and my

experience in other UI fraud investigations that a large volume of claims from a

single IP address with numerous unique individuals' names and SSNs is indicative

of fraudulent UI claims. Based on my experience in other UI fraud investigations,

the number of UI claims and the number of unique individuals' names and SSNs

listed in those claims, all associated with this single IP address, IP 177, constitutes

a large volume of claims and unique individuals' names and SSNs, which provides

reason to believe the IP address was used to submit, access and/or modify

fraudulent UI claims. To date, approximately $171,560 in UI benefits has been

disbursed on claims connected to IP 177.

13.     Agents uncovered the 43 claims linked to IP 177 in part through

searches of a DOL-OIG database that contains information related to UI

applications and benefits paid. A search in that database for claims filed, accessed

or modified using IP 177 indicated that IP 177 is associated with (*i.e.*, the IP

address was used to file, access and/modify) UI claims in 7 different states.

Fraud Indicators

14.     Agents reviewed the claimant phone numbers and bank accounts

related to the UI claims associated with IP 177. Agents found numerous

commonalities among the claims, which are strong indicators of fraud.  For instance,

phone number 480-XXX-8235, was used on 7 separate UI claims in the states of

Arizona, Nevada and Maryland.  A separate phone number, 313-XXX-1433 was

used on 3 separate UI claims in the states of Michigan and Maryland.  Bank accounts

were also used multiple times between claims. For instance, Sutton bank account

ending X-4167 was used in 3 separate UI claims. A separate Sutton Bank account

ending X-1110 was also used in three separate UI claims. As previously stated, the

claims were all filed under a single IP address.

15.     Based on my training and my experience with fraud and identity theft

schemes targeting state UI agencies, I know that the filing of 43 distinct claims

from one IP address, with claims within that population having repeat phone

8

numbers and repeat bank accounts are strong indicators of an identity theft and unemployment insurance fraud scheme.

UI Fraud Associated with <strong>LEWIS</strong>

16.     On March 9, 2020, a Michigan UI claim was filed in the name of Nasir **LEWIS**. The email address listed on the claim was "nasirlewis1125@yahoo.com."

UI Account in A.B.'s Name

17.     On July 11, 2020, a California UI claim was filed in the name, SSN and D.O.B. of A.B., a real person, using IP 177. The email address listed on the claim was "nasirlewis1125@yahoo.com." The phone number listed on the claim was 313-XXX-4141. The address registered by the claimant for the mailing of a BOA UI debit card was 202XX Redfern St, Detroit, MI.

18.     On or around July 16, 2020, a BOA UI debit card ending in 1769 in A.B.'s name was mailed, via USPS, to 202XX Redfern St, Detroit, MI.  On July 17, 2020, $10,476 was deposited into the debit account, established by the California EDD, in A.B.'s name.

19.     BOA provided agents with ATM surveillance footage of withdrawals made from the UI debit account set up A.B.'s name on July 30, 2020 and August 4, 2020, in the Eastern District of Michigan. Based on my review of the ATM surveillance images, I have concluded that the individual in the ATM surveillance

9

footage is **LEWIS**. The image below shows **LEWIS** making the withdrawal on

August 4, 2020.



20.      Probable cause exists that **LEWIS** committed wire fraud, mail fraud

and aggravated identity theft in connection with the fraudulent UI claim filed in

A.B.'s name, and his fraudulent use of a UI debit card in A.B.'s name (that was

sent through the mail) to withdraw fraudulently obtained UI funds at an ATM in

the Eastern District of Michigan.

UI Account in D.B.'s Name

21.      On July 12, 2020, a Louisiana UI claim was filed in the name, SSN

and D.O.B. of D.B., a real person, using IP 177. The email address listed on the

claim was "nasirlewis1125@yahoo.com." The phone number listed on the claim

was 313-XXX-4141, the same number listed on A.B.'s July 11 fraudulent

California UI claim.

UI Account in D.C.'s Name

22.    On May 12, 2020, a Michigan UI claim was filed in the name, SSN

and D.O.B. of D.D., a real person. The email address listed on the claim was

"nasirlewis1125@yahoo.com." The bank account registered by the claimant for the

disbursement of UI benefits was Sutton bank account ending 6392. Records

provided by Sutton bank for account ending 6392, which I have reviewed, revealed

that the accountholder registered on the account was Nasir **LEWIS**.

23.    A DOL-OIG query revealed that Sutton bank account ending 6392,

registered in **LEWIS**' name, was listed on three additional Michigan UI claims in

the names and SSN's not associated with **LEWIS**.

24.    I identified an additional IP address, IP 73.144.39.155 ("IP 155")

responsible for filing 113 separate UI claims in 12 separate states. A review of the

email addresses associated with the UI claims filed from IP 155 revealed that email

address "dukiotheone@gmail.com" was listed as the email address on 16 of the

113 suspected fraudulent UI claims. In addition, a review of the claimant addresses

associated with the UI claims filed from IP 155 revealed that address 194XX

Trinity St., Detroit, MI, was listed as the claimant address in 26 of the 113 UI

claims. To date, approximately $235,096 in UI benefits has been disbursed on

11

claims connected to IP 155. Figure 1 below illustrates a sample of the UI claims

associated with IP 155 and the repeated values and indicators of fraud.

Figure 1.

| CLAIM STATE | CLAIMANT | CLAIMANT EMAIL | CLAIM DATE | IP ADDRESS | CLAIMANT ADDRESS |
|---|---|---|---|---|---|
| AZ | L___, V____ | DUKIOTHEONE@GMAIL.COM | 6/17/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| AZ | B___, S | DUKIOTHEONE@GMAIL.COM | 6/18/20 | 73.144.39.155 | 119XX BECKER, SCOTTSDALE, AZ |
| CA | D___, A___ | DUKIOTHEONE@GMAIL.COM | 7/8/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| ID | L___, C___ | DUKIOTHEONE@GMAIL.COM | 8/22/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| IN | L___, C___ | DUKIOTHEONE@GMAIL.COM | 8/23/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| LA | L___, C___ | DUKIOTHEONE@GMAIL.COM | 8/23/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | L___, R____ | DUKIOTHEONE@GMAIL.COM | 6/30/20 | 73.144.39.155 | 173XX HARTWELL, DETROIT, MI |
| MD | B___, S | DUKIOTHEONE@GMAIL.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | H___, R | DUKIOTHEONE@GMAIL.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | R___, L____ | DUKIOTHEONE@GMAIL.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | S___, J | DUKIOTHEONE@GMAIL.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | A___, T | DUKIOTHEONE@GMAIL.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | J___, J____ | DUKIOTHEONE@GMAIL.COM | 6/25/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | F___, K | DUKIOTHEONE@GMAIL.COM | 6/30/20 | 73.144.39.155 | 173XX HARTWELL, DETROIT, MI |
| MD | F___, C | DUKIOTHEONE@GMAIL.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | P___, G____ | DUKIOTHEONE@GMAIL.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | C___, M | BLOODBRUTHATEZ5@ICLOUD.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | S___, D | TRCBABYTEZ872@ICLOUD.COM | 2/6/21 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | B___, W___ | BLOODBRUTHATEZ5@ICLOUD.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | J___, J | BLOODBRUTHATEZ5@ICLOUD.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | W___, K | BLOODBRUTHATEZ5@ICLOUD.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | A___, H____ | BLOODBRUTHATEZ5@ICLOUD.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | F___, R | BLOODBRUTHATEZ5@ICLOUD.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | S___, J | BLOODBRUTHATEZ5@ICLOUD.COM | 6/20/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | S___, J____ | BLOODBRUTHATEZ5@ICLOUD.COM | 6/23/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| MD | P___, L | BLOODBRUTHATEZ5@ICLOUD.COM | 6/24/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| NY | S___, A | PABLOLEGGS606@GMAIL.COM | 9/24/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |
| NY | D___, A____ | PABLOLEGGS515@GMAIL.COM | 9/30/20 | 73.144.39.155 | 194XX TRINITY ST, DETROIT, MI |

25.     Based on my training and my experience with UI fraud and identity

theft schemes, I know that the filing of 113 distinct claims from one IP address,

with claims within that population having repeat email addresses and residential

addresses are strong indicators of a large-scale identity theft and unemployment

insurance fraud scheme.

UI Account in A.D.'s Name

26.     On July 8, 2020, a California UI claim was filed in the name, SSN

and D.O.B. of A.D., a real person, using IP 155. The email address listed on the

claim was "dukiotheone@gmail.com." The address registered by the claimant for

the mailing of a BOA UI debit card was 194XX Trinity St, Detroit, MI.

27.     On or around July 13, 2020, a BOA UI debit card ending in 5765 in

A.D.'s name was mailed, via USPS, to 194XX Trinity St, Detroit, MI.  Between

July 13, 2020 and July 17, 2020, $12,144 was deposited into the debit account,

established by the California EDD, in A.D.'s name.

28.     On October 13, 2022, I interviewed A.D., who stated s/he was a

victim of identity theft. A.D. stated s/he did not file a UI claim in California, had

not received any UI benefits, and did not give permission to anyone to file a UI

claim on his/her behalf.

29.     BOA provided agents with ATM surveillance footage of withdrawals

made from the UI debit account set up A.D.'s name on August 3, 2020, August 4,

2020 and August 7, 2020 in the Eastern District of Michigan. Based on my review

of the ATM surveillance images, I have concluded that the individual in the ATM

13

surveillance footage is **LEWIS**. The image below shows **LEWIS** making the

withdrawal on August 4, 2020. This withdrawal was made at the same ATM

location and time as the withdrawal for A.B., referenced above in Paragraph 19.



30.     The image below shows **LEWIS** making the withdrawal on August

7, 2020 using A.D.'s BOA UI debit card ending 5765. The adjacent photograph is

a booking photo of Nasir **LEWIS** used for comparison purposes.



31.     Probable cause exists that **LEWIS** committed wire fraud, mail fraud

and aggravated identity theft in connection with the fraudulent UI claim filed in

14

A.D.'s name, and his fraudulent use of a UI debit card in A.D.'s name (that was sent through the mail) to withdraw fraudulently obtained UI funds at an ATM in the Eastern District of Michigan. The filing of the claim involved an interstate wire transmission as it was filed via the internet with the California EDD, an agency located outside of Michigan. A UI debit card for that fraudulent claim was then mailed, via the U.S.P.S., to an address in the Eastern District of Michigan, which **LEWIS** used in the Eastern District of Michigan to withdraw fraudulently obtained UI funds at an ATM, which in turn involved interstate wire transmissions with BOA servers located in Virginia or Colorado.

UI Account in B.S.'s Name

32.    On July 3, 2020, a Louisiana UI claim was filed in the name, SSN and D.O.B. of B.S., a real person, using IP 155.  The bank account listed by the claimant was Choice bank account ending 2671.

33.    Records provided by Choice Bank, which I have reviewed, revealed that the accountholder listed on account ending 2671 was Nasir **LEWIS**. In addition, Choice Bank provided a photo of Nasir **LEWIS** and a Michigan Driver's

License of **LEWIS** (see below), which agents believe were used when creating the

Choice Bank account ending 4946.

 

34.    A DOL-OIG query revealed that Choice bank account ending 2671,

registered in **LEWIS'** name, was listed on two additional UI claims in the names

and SSN's not associated with **LEWIS** in Arizona and Nevada.

## CONCLUSION

35.    Based on the forgoing, there is probable cause to believe that Nasir

**LEWIS** has committed mail fraud (18 U.S.C. § 1341), wire fraud (18 U.S.C. §

1343) and aggravated identity theft (18 U.S.C. § 1028A) in connection with a

scheme to defraud the federal/state unemployment insurance programs and obtain

unemployment benefits by means of false and fraudulent pretenses and

representations.

Respectfully submitted,

Miguel A. Colon
Special Agent
U.S. Department of Labor
Office of Inspector General

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 28, 2022

Hon. Anthony P. Patti
United States Magistrate Judge

17